Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
4129 Main Street, Suite B8
San Diego, CA 92501
Telephone:   (951) 784-7770
Facsimile:    (619) 297-1022

Attorneys for Michael McDole

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL MCDOLE,**<br><br>                    Plaintiff,<br><br>v.<br><br>**PORTFOLIO RECOVERY ASSOCIATES, LLC,**<br><br>                    Defendant. | Case No: 12-CV-0006-AJB (WVG)<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. ANTHONY J. BATTAGLIA** |

Plaintiff Michael McDole (hereinafter "Plaintiff") hereby moves to dismiss this action against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC (hereinafter "Defendant") (and jointly hereinafter referred to as "the Parties") with prejudice.

Plaintiff respectfully requests the action be dismissed WITH PREJUDICE as to Defendant Portfolio Recovery Associates.

Dated: April 24, 2012

**HYDE & SWIGART**

By: /s Andrea Darrow Smith
Andrea Darrow Smith
Attorneys for Plaintiff